**Darrick Lamonte KING,**
**Plaintiff–Appellant,**

v.

**Juanita BAKER; Mary Harrop; Karen Pardue, Defendants–Appellees.**

**No. 04–6565.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Darrick Lamonte King, Appellant pro se.

James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM:

Darrick Lamonte King appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See King v. Baker,* No. CA–01–825–5–BR (E.D.N.C. filed Mar. 2, 2004 & entered Mar. 3, 2004). We deny King's pending

motion for relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*